Nancy Curry
Chapter 13 Trustee
1000 Wilshire Blvd., Suite 870
Los Angeles, CA 90017
(213) 689-3014   FAX (213) 689-3055

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

| | |
|---|---|
| IN RE: | ) CHAPTER 13 |
| | ) |
| MONROY, JENNIFER | ) CASE NO.2:22-bk-12221-VZ |
| | ) |
| | ) **AMENDED** |
| | ) **NOTICE OF §341(a) MEETING** |
| | ) **OF CREDITORS** |
| | ) |
| | ) **Date: 6/16/2022** |
| | ) **Time: 9:00 AM** |
| | ) **Place: WILL BE CONDUCTED** |
| Debtor | ) **REMOTELY** |
| | ) |

　　In light of the current situations related to COVID-19 and in order to adhere to the social distancing guidelines, all §341(a) meetings of creditors commencing April 13, 2020 will be conducted remotely until further notice.

　　PLEASE TAKE NOTICE that the scheduled §341(a) meeting of creditors in the above-referenced matter will be conducted remotely at the same date and time as set forth above using the online video system Zoom in lieu of in-person at the location provided in the original Notice. Please refer to the instructions on the next page on how to access the meeting via Zoom.

Date: May 16, 2022                                    /s/ Nancy Curry

AMENDED NTC OF 341(A) MEETING

**INSTRUCTIONS ON HOW TO ACCESS ZOOM**

If you have a headset with a microphone, such as the headphones you speak on your mobile phone with, please read the instructions below for "Accessing Zoom Online (with a Microphone)." If you *do not* have a headset with a microphone, please read "Accessing Zoom Online (without a Microphone)" below.

If you do not have a computer with Internet access, please read "Accessing Zoom via Telephone."

**Accessing Zoom Online (with a Microphone):**
1. Click on the following link:
**https://us06web.zoom.us/j/85423837171?pwd=bUtEaHlqYUd2aTVBOHkwY2c3VnJFQT09**
2. Install Zoom when prompted. If you are not prompted to install Zoom, click "Download and Install" as shown on the screen. Install the application.
3. After Zoom is installed, enter your name as listed on your driver's license/state-issued ID. Click "Join Meeting.
4. If prompted, enter the following password: **033199**
5. Click "Join with Computer Audio." You are now in the meeting.

**Accessing Zoom Online (without a Microphone):**
1. Click on the following link:
**https://us06web.zoom.us/j/85423837171?pwd=bUtEaHlqYUd2aTVBOHkwY2c3VnJFQT09**
2. Install Zoom when prompted. If you are not prompted to install Zoom, click "Download and Install" as shown on the screen. Install the application.
3. After Zoom is installed, enter your name as listed on your driver's license/state-issued ID. Click "Join Meeting."
4. If prompted, enter the following password: **033199**
5. Click "Phone Call" in the box that appears. Click "Done."
6. On your phone, dial **(877) 853-5247**.
7. When prompted, enter the Meeting ID: **854 2383 7171**. Hit "# (pound)" twice when prompted. You are now in the meeting.

**Accessing Zoom via Telephone:**
1. Call toll-free **(877) 853-5247**.
2. When prompted, enter the following Meeting ID: **854 2383 7171**.
3. Hit "# (pound)" when prompted. Hit "# (pound)" again. You do not need to enter a Participant ID.

# PROOF OF SERVICE DOCUMENT

In Re:    **MONROY, JENNIFER**

**Case No. LA 2:22-bk-12221-VZ**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
> NANCY CURRY, CHAPTER 13 TRUSTEE
> 1000 WILSHIRE BLVD., SUITE 870
> LOS ANGELES, CA  90017

The foregoing document described as **AMENDED NOTICE OF 341(a) MEETING OF CREDITORS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rules(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On May 16, 2022
I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On May 16, 2022, I served the following person(s) and/or entity(ies) at the last known
address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| Debtor | Attorney for Debtor |
|---|---|
| MONROY, JENNIFER | BENJAMIN R HESTON |
|  | HESTON & HESTON |
| 20739 LYCOMING STREET, SPACE 132 | 19700 FAIRCHILD RD STE 280 |
| WALNUT, CA 91789 | IRVINE, CA 92612- |

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served):  Pursuant to F.R. Civ.P.5 and/or controlling LBR, on May 16, 2022, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 16, 2022 | Elizet Cash-Shelton | /s/ Elizet Cash-Shelton |
|---|---|---|
| Date | Type Name | Signature |

```
Label Matrix for local noticing          Los Angeles Division                    Barclays Bank Delaware
0973-2                                   255 East Temple Street,                 PO Box 8803
Case 2:22-bk-12221-VZ                    Los Angeles, CA 90012-3332              Wilmington, DE 19899-8803
Central District of California
Los Angeles
Mon May 16 07:50:50 PDT 2022

CREDIT FIRST NA                          Capital One Bank                        Cavalry SPV I, LLC
PO BOX 818011                            PO Box 31293                            PO Box 4252
CLEVELAND,OHIO 44181-8011                Salt Lake City, UT 84131-0293           Greenwich, CT 06831-0405



Comenity Capital / Ulta MC               Credit First                            Discover Bank
PO Box 182120                            6275 Eastland Road                      Discover Products Inc
Columbus, OH 43218-2120                  Brookpark, OH 44142-1399                PO Box 3025
                                                                                 New Albany, OH  43054-3025



(p)DISCOVER FINANCIAL SERVICES LLC       Exxon Mobile / CBNA                     Kohl's
PO BOX 3025                              PO Box 6497                             Peritus Portfolio Services II, LLC
NEW ALBANY OH 43054-3025                 Sioux Falls, SD 57117-6497              PO BOX 141509
                                                                                 IRVING, TX 75014-1509



Kohls / Capital One                      Midland Credit Management               Midland Credit Management, Inc.
PO Box 3115                              350 Camino De La Reina, Suite 100       PO Box 2037
Milwaukee, WI 53201-3115                 San Diego, CA 92108-3007                Warren, MI 48090-2037



Nordstrom Bank                           Ollo / TBOM                             (p)PORTFOLIO RECOVERY ASSOCIATES LLC
13531 E. Caley Avenue                    1511 Friendship Road                    PO BOX 41067
Englewood, CO 80111-6505                 Jefferson City, MO 65101-8703           NORFOLK VA 23541-1067



SYNCB / Chevron PLCC                     SYNCB / EBay                            SYNCB / JC Penny
4125 Windward Plaza                      4125 Windward Plaza                     4125 Windward Plaza
Alpharetta, GA 30005-8738                Alpharetta, GA 30005-8738               Alpharetta, GA 30005-8738



SYNCB / Lumber Liquidators               SYNCB / PayPal Credit                   SYNCB / Phillips 66
PO Box 965036                            PO Box 965005                           PO Box 981400
Orlando, FL 32896-5036                   Orlando, FL 32896-5005                  El Paso, TX 79998-1400



SYNCB / QVC                              SYNCB / Steinmart                       SYNCB / Sync Bank Luxury
4125 Windward Plaza                      4125 Windward Plaza                     PO Box 965036
Alpharetta, GA 30005-8738                Alpharetta, GA 30005-8738               Orlando, FL 32896-5036



Schools First Federal Credit Union       SchoolsFirst Federal Credit Union       TD Bank USA/Target Credit
2115 N Broadway                          P.O. Box 11547                          7000 Target Parkway N
Santa Ana, CA 92706-2613                 Santa Ana, CA 92711-1547                Mail Stop NCD-0450
                                                                                 Minneapolis, MN 55445-4301
```

```
United States Trustee (LA)          Benjamin R Heston                    Jennifer Monroy
915 Wilshire Blvd, Suite 1850       Heston & Heston                      20739 Lycoming Sreet, Space 132
Los Angeles, CA 90017-3560          19700 Fairchild Road                 Walnut, CA 91789-7432
                                    Suite 280
                                    Irvine, CA 92612-2521


Nancy K Curry (TR)
1000 Wilshire Blvd., Suite 870
Los Angeles, CA 90017-2466
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Discover Bank                       Portfolio Recovery Associates        End of Label Matrix
PO Box 15316                        120 Corporate Blvd., Ste. 100        Mailable recipients    33
Wilmington, DE 19850-5316           Norfolk, VA 23502                    Bypassed recipients     0
                                                                         Total                  33
```