B 2100 A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Central District of California

**In RE:**

**Case Number:** 22-12221

JENNIFER MONROY

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| SYNCHRONY BANK BY AIS INFOSOURCE, LP AS AGENT | Synchrony Bank c/o PRA Receivables Management, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Synchrony Bank by AIS InfoSource, LP as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118
Phone: (877) 893-8820
Last Four Digits of Acc #:5091

Court Claim# (If known): 15
Amount of Claim: 3,283.44
Date Claim Filed: 06/28/2022

Phone: (877)885-5919
Last Four Digits of Account #:5091

Name and Address where transferee payments should be sent (if different from above):

Synchrony Bank by AIS InfoSource, LP as agent
PO BOX 4457
Houston TX 77210-4457
Phone: (877) 893-8820
Last Four Digits of Acc #: 5091

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Hiral Jaiswal
AIS InfoSource, LP

Date: 12/02/2025

Transferee/Transferee's Agent

## LIMITED POWER OF ATTORNEY

In accordance with the MASTER SERVICES AGREEMENT dated August 1, 2020 (the "Agreement") by and between RETAIL FINANCE INTERNATIONAL HOLDINGS, INC., a wholly owned subsidiary of Synchrony Financial and an affiliate of Synchrony Bank, on behalf of itself and for the benefit of its affiliates ("RFIH"), and AIS INFOSOURCE, LP, an affiliate of AIS PORTFOLIO SERVICES, LLC, on behalf of itself and for the benefit of its affiliates, RFIH and Synchrony Bank hereby name, constitute, and appoint AIS INFOSOURCE, LP ("AIS"), or any of its authorized agents including AIS Portfolio Services, LLC, employees or representatives, its duly authorized attorney and agent with limited power and authority to file, maintain and defend proofs of claim for Accounts, as that term is defined in the Agreement, serviced on behalf of Synchrony Bank, and otherwise service the Accounts.

RFIH and Synchrony Bank hereby appoint AIS, its successors and assigns, as the true and lawful attorney respectively, with full power of substitution, and give and grant to AIS, and its successors, full power and authority, at any time and from time to time, to file proofs of claim for the Accounts in the name of Synchrony Bank, and to take any other such action as may be required to effect the filing of such proofs of claim and to receive notices and payments relating thereto and to otherwise service the Accounts in accordance with the Agreement.

This Limited Power of Attorney shall be effective upon the date of execution below and the authority shall expire upon June 30, 2026.

IN WITNESS WHEREOF, RFIH and Synchrony Bank have caused this instrument to be duly executed this __16__ day of June, 2025, by its duly authorized officers.

RETAIL FINANCE INTERNATIONAL HOLDINGS, INC.

By: _____

Title: Vice President, CFO & Treasurer

STATE OF: Connecticut

COUNTY OF: Fairfield

On this __16__ day of June, 2025, before me personally appeared Brian Wenzel who acknowledged himself to be the Vice President, CFO & Treasurer of RETAIL FINANCE INTERNATIONAL HOLDINGS, INC., and that he, as such officer, being authorized to do so, executed the foregoing instrument for the same purposes herein contained, by signing the name of RETAIL FINANCE INTERNATIONAL HOLDINGS, INC. by himself as Vice President, CFO & Treasurer.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my seal this __16__ of June, 2025.

_____
NICOLE L. INTRIERI
Notary Stamp & Signature

My commission expires: 6/30/2029

Synchrony Bank
By: _____
Title: EVP & Chief Financial Officer

STATE OF: Connecticut

COUNTY OF: Fairfield

On this 16 day of June, 2025, before me personally appeared Brian Wenzel who acknowledged himself to be the EVP & Chief Financial Officer of Synchrony Bank, and that he, as such officer, being authorized to do so, executed the foregoing instrument for the same purposes herein contained, by signing the name of Synchrony Bank by himself as EVP & Chief Financial Officer.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my seal this 16 of June, 2025.

_____
NICOLE L. INTRIERI
Notary Stamp & Signature

My commission expires: 6/30/2029