**NEXUS BANKRUPTCY**
**BENJAMIN HESTON (297798)**
3090 Bristol Street #400
Costa Mesa, CA 92626
Tel: 949.312.1377
Fax: 949.288.2054
*ben@nexusbk.com*

Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>**JENNIFER MONROY,**<br><br>Debtor. | **Case No.: 2:22-bk-12221-VZ**<br><br>**Chapter 13**<br><br>**NOTICE OF HEARING AND DEBTOR'S OPPOSITION TO TRUSTEE'S MOTION TO DISMISS**<br><br>**Hearing:**<br>Date: December 8, 2026<br>Time: 11:00 a.m.<br>Courtroom: 1368 |

**TO THE CHAPTER 13 TRUSTEE, AND ALL INTERESTED PARTIES:**

Debtor, Jennifer Monroy, hereby opposes the Trustee’s Motion to Dismiss Chapter 13 Case (docket #33) on the grounds that she has provided her tax returns to the Trustee and will either cure the plan delinquency or move to modify her Chapter 13 plan prior to the hearing.

Parties are hereby notified that a hearing on the Trustee’s Motion is scheduled for December 8, 2026, at 11:00 a.m., in Courtroom 1368 of the United States Bankruptcy Court, Central District of California, Los Angeles Division, located at 255 E. Temple Street, Los Angeles, CA 90012.

**NEXUS BANKRUPTCY**

Date: 11/12/2026

/s/ Benjamin Heston
BENJAMIN HESTON
Attorney for Debtor

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**3090 Bristol Street #400**
**Costa Mesa, CA 92626**

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF HEARING AND DEBTOR'S OPPOSITION TO TRUSTEE'S MOTION TO DISMISS; REQUEST FOR HEARING (DKT. 33)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) 11/12/2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Nancy K. Curry (TR): inquiries@trusteecurry.com; TrusteeECFMail@gmail.com
United States Trustee (LA): ustpregion16.la.ecf@usdoj.gov
Hiral Jaiswal: hiral.jaiswal@aisinfo.com
Devyani Malap: devyani.malap@aisinfo.com
Harsha Somani: harsha.somani@aisinfo.com
Saurabh Thakur: saurabh.thakur@aisinfo.com
Samir P. Vaghela: samir.vaghela@aisinfo.com; POC_AIS@americaninfosource.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (date) 11/12/2026, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Vincent P. Zurzolo
U.S. Bankruptcy Court, Suite 1360
255 E. Temple Street
Los Angeles, CA 90012

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**
Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ___________, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed (state method for each person or entity served):

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/12/2026 | Benjamin Heston | /s/Benjamin Heston |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |